1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  California Bar No. 149883
   Assistant United States Attorney
5  Chief, Asset Forfeiture Section
        U.S. Courthouse, 14th Floor
6       312 North Spring Street
        Los Angeles, CA 90012
7       Telephone: (213)894-6166
        Facsimile: (213)894-7177
8       E-Mail: Steven.Welk@usdoj.gov

9  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | NO.   CV 08-06066-DSF(CWx) |
|---|---|
| Plaintiff, | (*Consolidated With*)<br>NO.   CV 10-6727-DSF(CWx) |
| v. | [PROPOSED] |
| $61,098.00 IN MONEY ORDERS;<br>$12,850 IN TRAVELERS CHECKS;<br>$17,741.00 IN U.S. CURRENCY;<br>$208,220.00 IN U.S. CURRENCY;<br>$1,031,900.00 IN U.S. CURRENCY;<br>and $404,600.01 IN BANK FUNDS, | **CONSENT JUDGMENT AS TO CLAIMANTS SAMAN ZAMAN AND NADIA ZAMAN ONLY** |
| Defendants. | [This consent judgment is not case-dispositive, but resolves the claims of two claimants in their entirety] |
| BEHZAD ZAMAN, NEDA ZAMAN, BEHROUZ ZAMAN, JINETTE M. ZAMAN, SAMAN ZAMAN, NADIA ZAMAN, and IRMA TORRES, | |
| Claimants. | |

The lead civil forfeiture action captioned above was commenced on September 16, 2008. Claimants Saman Zaman and Nadia Zaman ("Claimants")

1  filed claims and answers on October 23, 2008 and November 11, 2008,
2  respectively.  The time for filing claims and answer has expired.  Claimants contest
3  the forfeiture of $5,378.26 seized from First Bank account -2801, held in the name
4  of Black and White Rent-A-Car (the "Black and White Funds").  The parties
5  stipulate and agree that no other claimant has made a claim to the Black and White
6  Funds.  The parties have agreed to settle the claims of Claimants and to avoid
7  further litigation between them by entering into this Consent Judgment.
8       The Court, having been duly advised of and having considered the matter,
9  and based upon the mutual consent of the parties hereto,
10       ORDERS ADJUDGES AND DECREES:
11       1. This Court has jurisdiction over the subject matter of this action and over
12  the parties to this Consent Judgment.
13       2. The Complaint for Forfeiture states a claim for relief pursuant to 18
14  U.S.C. § 981(a) with respect to the Black and White Funds.
15       3. Notice of this action has been given as required by law.  No one other
16  than Claimants has made a claim for the Black and White Funds.
17       4. The sum of $5,378.26, less any debts or other amounts owed by
18  Claimants which the United States of America is required to offset pursuant to 31
19  U.S.C. § 3716 (through the Treasury Offset Program) shall be returned to
20  Claimants through their counsel.  For purposes of returning said funds, Claimants
21  shall provide their social security or taxpayer identification numbers to the
22  government upon request, as well as the wire transfer information needed to make
23  the payment electronically.
24       5. Claimants hereby release the United States of America, its agencies,
25  agents, officers, employees and representatives, including, without limitation, all
26  agents, officers and employees of the Department of Homeland Security and the
27  Department of Justice, as well as any and all agents, officers, employees and
28

representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of Claimants.

6.  The Court finds that there was reasonable cause for seizure of the Black and White Funds and the institution of these proceedings against said funds.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

7.  Pursuant to the agreement of the parties, each of the parties to this Consent Judgment shall bear its own fees and costs associated with this action.

DATED: 9/26/11

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

[Signatures of counsel appear on following page]

By their signatures hereunder, the government and Claimants stipulate and request that the Court enter this Consent Judgment and waive any right to appeal.

DATED: September 23, 2011

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

   /S/ Steven R. Welk
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

DATED: September 23, 2011

VENABLE LLP

   /S/ David A. Kettel
DAVID A. KETTEL (by email authorization on 092311)

Attorney for Claimants