1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  California Bar No. 149883
   Assistant United States Attorney
5  Chief, Asset Forfeiture Section
        U.S. Courthouse, 14th Floor
6       312 North Spring Street
        Los Angeles, CA 90012
7       Telephone: (213)894-6166
        Facsimile: (213)894-7177
8       E-Mail: Steven.Welk@usdoj.gov

9  Attorneys for Plaintiff
   United States of America

10

                 UNITED STATES DISTRICT COURT
11
             FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
                      WESTERN DIVISION
13

14  UNITED STATES OF AMERICA,        )    NO.   CV 08-06066-DSF(CWx)
                                      )    (*Consolidated With*)
15              Plaintiff,            )    NO.  CV 10-6727-DSF(CWx)
                                      )
16         v.                         )
                                      )
17  $61,098.00 IN MONEY ORDERS;       )    **CONSENT JUDGMENT AS TO**
    $12,850 IN TRAVELERS CHECKS;      )    **CLAIMANTS BEHROUZ ZAMAN**
18  $17,741.00 IN U.S. CURRENCY;      )    **AND JINETTE M. ZAMAN ONLY**
    $208,220.00 IN U.S. CURRENCY;     )
19  $1,031,900.00 IN U.S. CURRENCY;   )
    and $404,600.01 IN BANK FUNDS,    )    [This consent judgment is not case-
20                                    )    dispositive, but resolves the claims of
                Defendants.           )    one claimant in its entirety]
21  _____ )
                                      )
22  BEHZAD ZAMAN, NEDA ZAMAN,         )
    BEHROUZ ZAMAN, JINETTE M.         )
23  ZAMAN, SAMAN ZAMAN, NADIA         )
    ZAMAN, and IRMA TORRES,           )
24                                    )
                Claimants.            )
25  _____ )

26       The lead civil forfeiture action captioned above was commenced on

27  September 16, 2008.  Claimants Behrouz Zaman and Jinette M. Zaman

28  ("Claimants") filed a claim and answer on October 23, 2008 and November 11,

2008, respectively.  The time for filing claims and answer has expired.  Claimant

contests the forfeiture of the defendant $26,510.35 seized from Bank of America

account number ******-9091, held in the names of Jinette M. Zaman and Behrouz

Zaman, as described at paragraph 4(e) of the Complaint in this action; and

$1,651.73 seized from California Bank & Trust account number ******6461, held

in the name of Zaman Plaza, LLC, as alleged at paragraph 4(g) of the Complaint

(the "Contested Funds").  The parties stipulate and agree that no other claimant has

made a claim to these funds.  The parties have agreed to settle the claims of

Claimants and to avoid further litigation between them by requesting the entry of

this consent judgment.

The Court, having been duly advised of and having considered the matter,

and based upon the mutual consent of the parties hereto,

ORDERS ADJUDGES AND DECREES:

1.  This Court has jurisdiction over the subject matter of this action and over

the parties to this Consent Judgment.

2.  The Complaint for Forfeiture states a claim for relief pursuant to 18

U.S.C. § 981(a) with respect to the Contested Funds.

3.  Notice of this action has been given as required by law.  No one other

than Claimants has made a claim for the Contested Funds.

4.  The sum of $11,510.35, without interest, and less any debts or other

amounts owed by Claimants which the United States of America is required to

offset pursuant to 31 U.S.C. § 3716 (through the Treasury Offset Program) shall be

returned to Claimants through their counsel.  For purposes of returning said funds,

Claimants shall provide their social security or taxpayer identification numbers to

the government upon request, as well as the wire transfer information needed to

make the payment electronically.  The remainder of the Contested Funds are

hereby forfeited to the United States, and no other right, title or interest shall exist

therein.  The government shall dispose of the forfeited portion of the Contested Funds according to law.

5.  Claimants hereby release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers and employees of the Department of Homeland Security and the Department of Justice, as well as any and all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs and interest, which may be asserted by or on behalf of Claimants.

6.  The Court finds that there was reasonable cause for seizure of the Contested Funds and the institution of these proceedings against said funds.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

7.  Pursuant to the agreement of the parties, each of the parties to this Consent Judgment shall bear its own fees and costs associated with this action.

DATED: 12/20/11

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

[Signatures of counsel appear on following page]

3

1   By their signatures hereunder, the government and Claimants stipulate and
2   request that the Court enter this Consent Judgment and waive any right to appeal.

3

4   DATED: December ____, 2011          ANDRÉ BIROTTE JR.
                                        United States Attorney
5                                       ROBERT E. DUGDALE
                                        Assistant United States Attorney
6                                       Chief, Criminal Division

7
                                        _____/S/_____
8                                       STEVEN R. WELK
                                        Assistant United States Attorney
9                                       Chief, Asset Forfeiture Section

10                                      Attorneys for Plaintiff
                                        United States of America
11

12  DATED: December ____, 2011          VENABLE LLP
13

14                                      _____/S/_____
                                        DAVID A. KETTEL
15
                                        Attorney for Claimant
16

17

18

19

20

21

22

23

24

25

26

27

28