1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  California Bar No. 149883
   Assistant United States Attorney
5  Chief, Asset Forfeiture Section
        U.S. Courthouse, 14th Floor
6       312 North Spring Street
        Los Angeles, CA 90012
7       Telephone: (213)894-6166
        Facsimile: (213)894-7177
8       E-Mail: Steven.Welk@usdoj.gov

9  Attorneys for Plaintiff
   United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$61,098.00 IN MONEY ORDERS;<br>$12,850 IN TRAVELERS CHECKS;<br>$17,741.00 IN U.S. CURRENCY;<br>$208,220.00 IN U.S. CURRENCY;<br>$1,031,900.00 IN U.S. CURRENCY;<br>and $404,600.01 IN BANK FUNDS,<br><br>Defendants.<br><br>BEHZAD ZAMAN, NEDA ZAMAN,<br>BEHROUZ ZAMAN, JINETTE M.<br>ZAMAN, SAMAN ZAMAN, NADIA<br>ZAMAN, and IRMA TORRES,<br><br>Claimants. | NO.   CV 08-06066-DSF(CWx)<br>(*Consolidated With*)<br>NO.   CV 10-6727-DSF(CWx)<br><br>**CONSENT JUDGMENT AS TO CLAIMANT IRMA TORRES ONLY**<br><br>[This consent judgment is not case-dispositive, but resolves the claims of one claimant in its entirety] |

    The lead civil forfeiture action captioned above was commenced on

September 16, 2008.  Claimant Irma Torres ("Claimant") filed a claim and answer

1  on October 23, 2008 and November 11, 2008, respectively.  The time for filing
2  claims and answer has expired.  Claimant contests the forfeiture of $9,140.00 in
3  U.S. Currency seized from the Zaman residence, as alleged at paragraph 4(b) of the
4  Complaint in this action.  The parties stipulate and agree that no other claimant has
5  made a claim to this currency.  The parties have agreed to settle the claims of
6  Claimant and to avoid further litigation between them by requesting the entry of
7  this consent judgment.
8         The Court, having been duly advised of and having considered the matter,
9  and based upon the mutual consent of the parties hereto,
10        ORDERS ADJUDGES AND DECREES:
11        1.  This Court has jurisdiction over the subject matter of this action and over
12 the parties to this Consent Judgment.
13        2.  The Complaint for Forfeiture states a claim for relief pursuant to 18
14 U.S.C. § 981(a) with respect to the $9,140.00 described above.
15        3.  Notice of this action has been given as required by law.  No one other
16 than Claimant has made a claim for the $9,140.00 described above.
17        4.  The sum of $9,140.00, less any debts or other amounts owed by Claimant
18 which the United States of America is required to offset pursuant to 31 U.S.C.
19 § 3716 (through the Treasury Offset Program) shall be returned to Claimant
20 through her counsel.  For purposes of returning said funds, Claimant shall provide
21 her social security or taxpayer identification number to the government upon
22 request, as well as the wire transfer information needed to make the payment
23 electronically.
24        5.  Claimant hereby release the United States of America, its agencies,
25 agents, officers, employees and representatives, including, without limitation, all
26 agents, officers and employees of the Department of Homeland Security and the
27 Department of Justice, as well as any and all agents, officers, employees and
28

1  representatives of any state or local governmental or law enforcement agency
2  involved in the investigation or prosecution of this matter, from any and all claims,
3  actions, or liabilities arising out of or related to this action, including, without
4  limitation, any claim for attorney fees, costs and interest, which may be asserted by
5  or on behalf of Claimants.

6      6.  The Court finds that there was reasonable cause for seizure of the
7  $9,140.00 described above and the institution of these proceedings against said
8  funds.  This judgment shall be construed as a certificate of reasonable cause
9  pursuant to 28 U.S.C. § 2465.

10      7.  Pursuant to the agreement of the parties, each of the parties to this
11  Consent Judgment shall bear its own fees and costs associated with this action.

13  DATED: 12/20/11

*/s/ Dale S. Fischer*

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

[Signatures of counsel appear on following page]

By their signatures hereunder, the government and Claimants stipulate and request that the Court enter this Consent Judgment and waive any right to appeal.

DATED: December ____, 2011

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

_____/S/_____
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

DATED: December ____, 2011

VENABLE LLP

_____/S/_____
DAVID A. KETTEL

Attorney for Claimant